IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:06-CR-76-D
No. 7:12-CV-66-D

| | | |
|---|---|---|
| JAMES HOWARD McLEAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The United States has withdrawn its opposition to James Howard McLean's motion to vacate his conviction [D.E. 52]. The court has reviewed the entire record and GRANTS the motion to vacate [D.E. 42]. McLean's conviction in this case [D.E. 36] is VACATED.

SO ORDERED. This 17 day of October 2012.

JAMES C. DEVER III
Chief United States District Judge